**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-30336 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00239-RBL |
| v. | |
| MAXIE A. MOORE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
Ronald B. Leighton, District Judge, Presiding

Submitted September 10, 2012[**]

Before:    WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Maxie A. Moore appeals from the district court's amended judgment issued

following this court's remand in *United States v. Moore*, 449 Fed. Appx. 677 (9th

Cir. 2011) (unpublished).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967),

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Moore's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Moore filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

Moore's motion for appointment of new counsel, received on April 20, 2012, is **DENIED.**